# United States District Courts
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America | **WARRANT FOR ARREST** |
| v. | |
| (1) Tomas Maldonado-Soria | Case Number:<br>DR:22-M -01702(1) |

**To: The United States Marshal**
   **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Tomas Maldonado-Soria
                                                                                  Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description)

*The defendant, Tomas MALDONADO-Soria, was arrested by Border Patrol Agents, on July 19, 2022 for being an alien illegally present in the United States. Investigation and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 05/12/2016 through Laredo, Tx. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.*

in violation of Title    **8**    United States Code, Section(s)    **1326(a)(1)**

| | |
|---|---|
| VICTOR ROBERTO GARCIA | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | July, 22, 2022 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____ by _____
                                                                   Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at DEL RIO, Texas.

| Date Received<br>July 22, 2022 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>July 19, 2022 | Melton, Lance T.<br>Border Patrol Agent | *[signature] L. Melton* |